HARRELL v. CONSTRUCTION CO.

No. 239 PC.

No. 111 (Fall Term).

Case below: 41 N.C. App. 593.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 10 September 1979.

HEDRICK v. SOUTHLAND CORP.

No. 231 PC.

Case below: 41 N.C. App. 431.

Petition by defendants for discretionary review under G.S. 7A-31 denied 10 September 1979.

HESTER v. MILLER

No. 216 PC.

Case below: 41 N.C. App. 509.

Petition by defendants Ipock for discretionary review under G.S. 7A-31 denied 10 September 1979.

HOUSING AUTHORITY v. TRUESDALE

No. 120 PC.

Case below: 42 N.C. App. 256.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 September 1979. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 10 September 1979.

INDUSTRIES, INC. v. CONSTRUCTION CO.

No. 3 PC.

Case below: 42 N.C. App. 259.

Petition by additional defendant for discretionary review under G.S. 7A-31 denied 25 September 1979.